UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED,<br> Plaintiff,<br>v.<br><br>ROHM CO., LTD.,<br>SONY CORPORATION,<br>SONY EMCS CORPORATION,<br>SONY CORPORATION OF AMERICA, and<br>SONY ELECTRONICS INC.,<br> Defendants.<br><br>SONY CORPORATION, and<br>SONY ELECTRONICS INC.,<br> Third-Party Plaintiffs,<br>v.<br><br>MICROSEMI CORPORATION<br> Third-Party Defendant. | § § § § § § § § § § § § § § § § § § § § § §<br><br>CASE NO. 2:05-CV-211-TJW-CE<br><br>Judge: Hon. T. John Ward<br>    Hon. Charles Everingham, IV<br>    (referral) |

## ORDER GRANTING AGREED MOTION FOR STAY PENDING SETTLEMENT

This matter comes before the Court on the Agreed Motion for Stay Pending Settlement for all case deadlines involving the Sony defendants and O2 Micro (to the extent O2 Micro's deadlines relate specifically to Sony) through August 30, 2007.

Unless they have submitted a stipulation and proposed order dismissing O2 Micro's claims and Sony's counterclaims prior to the expiration of the stay, O2 Micro and Sony shall jointly submit, within five days of the expiration of the stay, a proposal regarding new case deadlines involving Sony and O2 Micro.

For good cause shown, the Agreed Motion is hereby GRANTED.

No other dates are modified.

It is SO ORDERED.

SIGNED this 19th day of July, 2007.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE