**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| O2 MICRO INT'L LTD., | § | |
| | § | |
| vs. | § | CASE NO. 2:05-CV-211 |
| | § | |
| ROHM CO., LTD. | § | |

## ORDER

Before the court is Rohm's motion (#184) to compel the production of litigation documents from the O2 Micro litigation with Samsung. O2 Micro has either produced or offered to produce all such non-privileged documents in redacted form to protect the confidential information of third parties to that litigation.[1] Rohm contends that it is entitled to non-redacted versions of all of the litigation documents, notwithstanding the provisions of the protective order in that litigation. At this time, the court rejects Rohm's contention, and orders O2 Micro to produce within 10 days all non-privileged litigation documents[2] from its litigation with Samsung that are within O2 Micro's possession, custody, or control.[3] To the extent such documents contain the confidential information of third parties, O2 Micro is ordered to redact such information prior to producing the documents in accordance with the above time frame. If Rohm believes it is prejudiced by any of the redactions, *e.g.* when Rohm's need for the information outweighs any benefit of maintaining confidentiality, then Rohm may thereafter seek relief from the court as to any particular document or documents.

---

[1] Samsung does not oppose the production of its confidential information to Rohm.

[2] Illustrative documents include deposition transcripts, expert reports, and discovery requests and responses.

[3] This includes the possession of O2 Micro's lawyers.

SIGNED this 21st day of November, 2007.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE